RECEIVED
APR 16 2014
BY MAIL

Dear Judge, "Mr. Lembo"

I - Mr Ulysses A. Roberts Is Lockdown In Jennings Federal Hold Over for Weapons, I have One felony on my Record and My Name!! I was Working 2808 N. Grand Next Door to Where the ATF was Running Operation Hustle City. I haven't Been In trouble in 6 yrs and that was a Mistake Made by the police about me and My Wife and Kids, But the judge threw that Case Out, Because it was false info. I'm Not a Bad person I do good Out Here, My Kids and Family Loves Me and Need ME "BAD" This guys "ATF came to me and Ask me to help them get protection for them At they tattoo shop that was Next Dore to me 2806 N. Grand, its a bad area drugs and Bums hang in Out So Really I thought I was helping them, I didn't know any people that I was asking about the Weapons and Saling these weapons Really. I sale T-Shirts and make prints On Shirts etc. I have three GREAT KIDS I MISS Badly, I'm a Grandfather My Only Son graurate In May that's my Only Son I was Coaching Football and Kickball team, I'm Not Perfect, But I made A Big Turn Around →

I Apologize for getting Myself in ~~this~~
But this is Not me or my Life Style
Please UnderStand And Over
look this Mess I got myself
into to. I don't have Any Weapons
or Drugs, Just a young Man In
the Wrong Area At that time.
that Business I worked for Been
there 5years its Been 4 tattoo
Places at that address. I got
trick and Had my life taking From
Me for this!!! Truly yours

          Mr. Ulysses A Roberts

U. Roberts ~~~~~~~~~~~~~ Roberts
5445 Jennings St. Rd
St. Louis, MO 63136

SAINT LOUIS MO 630
11 APR 2014 PM 9 L

Judge Mr. Lembo
111 South 10th St.
St. Louis, MO 63102

RECEIVED
APR 16 2014
BY MAIL

