U.S. Federal

To: Ms. Judge "Baker"

From: Mr. Ulysses A. Roberts

RECEIVED
MAY 20 2014
BY MAIL

I'm writing a Real Brief Letter to Thank you for giving me A Bond and trying to help me. Well if you didn't know I'm Back in jail. My Judge Mr. Limburgh locked me Back up that Wed. So I was Only Out 5 days with my Family, my Kids and wife are hurting Badly Behide that and Also my Mother and Sisters family and Friends. We Really don't Understand why Could this happen. I. was On the G.P.S. Box I was going Back to work that Thursday. I'm Not a threat to Nobody just made a bad decision and Sold guns to some people who Ran a tattoo shop Next Door to my Job and they lied to the system about me. Honestly"

My Name Is Mess up Because of my Brother who Been locked up

For 18 yrs. I am a family man, I'm not perfect, But I only been to the City Workhouse for stealing, and another case that's nothing, Because my kids where left on a Bus stop and me and my wife there mother had a argument and her friends called the Police, But we got pass that. Well just saying Thanks again for the Bond I did get to see my son go to Porm, But missing her Graute on May 23, 2014 will scar me for life. ☹ my only son. and he is going to Iowa City in Aug. to play Football in college. Feeling very Badd, But Thanks Again Mr. Baker

Made a mistake thats All.

The world know me As "Montana Capone" (twitter/Facebook)

Mr. W.ª Roberts cell#10
5445 Jennings St. Rd
St Louis, Mo 63136

RECEIVED
MAY 20 2014
BY MAIL

Ms. Federal Judge Baker
111 S. 10th Street
St. Louis, Mo 63102

SAINT LOUIS MO 630
19 MAY 2014 PM 10 L